B420A (Official Form 420A) (Notice of Motion or Objection) (12/16)                    EDVA (12/16)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____ Division

In re:                                                          )
                                                                )
*[Set forth here all names including married, maiden, and*      )
*trade names used by debtor within last 8 years.]*              )    Case No. _____
                                                                )
                      Debtor                                    )    Chapter _____
                                                                )
Address   _____              )
          _____              )
                                                                )
Last four digits of Social Security or Individual Tax-payer     )
Identification (ITIN) No(s).,(if any): _____        )
                                                                )
Employer's Tax Identification (EIN) No(s).(if any):             )
                        _____ )

## NOTICE OF MOTION TO OBTAIN RELIEF FROM AUTOMATIC STAY

_____ has filed papers with the court to _____

_____.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before _____, you or your attorney must:

☐    File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        _____
        _____

You must also send a copy to:

☐   Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

☐   Attend the hearing on the motion (or objection) scheduled to be held on _____ at _____ \_\_\_\_m.  at United States Bankruptcy Court, _____
_____.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _____    Signature, name, address and telephone number of person giving notice:

_____
_____
_____
_____
Virginia State Bar No. _____
Counsel for _____

Certificate of Service

I hereby certify that I have this _____ day of _____, 20 \_\_\_, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

_____

Cicel Johnson
P.O. Box 5616
Midlothian, VA 23112
*Pro Se Debtor*

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218
*Chapter 13 Trustee*