IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>CICEL L. JOHNSON )<br>)<br>      Debtor, )<br>_____)<br>HP VIRGINIA I, LLC D/B/A )<br>PATHLIGHT PROPERTY MANAGEMENT )<br>)<br>      Movant, )<br>)<br>v. )<br>)<br>CICEL L. JOHNSON, )<br>)<br>      Respondent, )<br>)<br>and )<br>)<br>CARL M. BATES, )<br>)<br>      Chapter 13 Trustee. ) | Case No. 19-30531-KLP<br>Chapter 13 |

### ORDER GRANTING RELIEF FROM 11 U.S.C. §362 STAY

THIS MATTER came on for consideration of the Motion for Relief from 11 U.S.C. §362 Stay filed by HP Virginia I, LLC d/b/a Pathlight Property Management, ("Movant") and

IT APPEARING TO THE COURT that Movant was represented by counsel, Jonathan B. Vivona, Esquire and the Debtor, Cicel L. Johnson was represented by James E. Kane, Esquire; and

IT FURTHER APPEARING for the reasons stated in open court that relief from stay is proper effective thirty (30) days from entry of this Order; it is, therefore

ORDERED that Movant, Virginia I, LLC d/b/a Pathlight Property Management shall be granted relief from the automatic stay effective thirty (30) days from the date of this Order against

Debtor, Cicel L. Johnson to exercise its lawful state court remedies with respect to the real property located at 5105 Claypoint Road, Chesterfield, VA 23832, including but not limited to obtaining a writ of possession to the property.

DATE: Feb 22 2021

/s/ Keith L Phillips
KEITH L. PHILLIPS
Judge
U.S. Bankruptcy Court

Entered On Docket: Feb 22 2021

I ASK FOR THIS:

VIVONA PANDURANGI, PLC

   /s/ Jonathan B. Vivona
JONATHAN B. VIVONA, ESQUIRE
Virginia State Bar No. 82762
601 King Street, Suite 400
Alexandria, Virginia 22314
Telephone Number: (703) 739-1353
Fax Number: (703) 337-0490
jvivona@vpbklaw.com
*Counsel for HP Virginia I, LLC*
*d/b/a Pathlight Property Management*

SEEN AND OBJECTED TO:

   /s/ James E. Kane
JAMES E. KANE, ESQUIRE
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508
(804) 225-9500
(804) 225-9598 (Fax
jkane@kaneandpapa.com
*Counsel for Debtor*

**CERTIFICATION UNDER LOCAL RULE 9022-1(C)(1)**

I hereby certify that this proposed order has been endorsed by all necessary parties.

    /s/ Jonathan B. Vivona
JONATHAN B. VIVONA

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 19-30531-KLP |
| Cicel L. Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: smithla | Page 1 of 2 |
| Date Rcvd: Feb 22, 2021 | Form ID: pdford1 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: clmo0911@gmail.com | Feb 23 2021 02:44:00 | Cicel L. Johnson, P. O. Box 5616, Midlothian, VA 23112-0028 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2021          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashvin Pandurangi | on behalf of Creditor HP Virginia I  LLC notices@vpbklaw.com, pandurangiar78675@notify.bestcase.com |
| Brandon R. Jordan | on behalf of Creditor Global Lending Services LLC bjordan@raslg.com  rascrane@ecf.courtdrive.com |
| Elizabeth Cabell Brogan | on behalf of Trustee Suzanne E. Wade e.brogan@ch13ricva.com |
| James E. Kane | on behalf of Debtor Cicel L. Johnson jkane@kaneandpapa.com info@kaneandpapa.com,cdiez@kaneandpapa.com,rbrowne@kaneandpapa.com,awilson@kaneandpapa.com |
| John P. Fitzgerald, III | |

| | | |
|---|---|---|
| District/off: 0422-7 | User: smithla | Page 2 of 2 |
| Date Rcvd: Feb 22, 2021 | Form ID: pdford1 | Total Noticed: 1 |

        USTPRegion04.RH.ECF@usdoj.gov

Jonathan Baird Vivona

        on behalf of Creditor HP Virginia I  LLC jvivona@vpbklaw.com, notices@vpbklaw.com

Suzanne E. Wade

        ecfsummary@ch13ricva.com  trustee@ch13ricva.com;fred@cmc13.net

TOTAL: 7