IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                              )
                                    )
CICEL LYNN JOHNSON                  )    Case No. 19-30531-KLP
                                    )    Chapter 13
            Debtor                  )

## MOTION TO INCUR DEBT

COMES NOW, the Debtor, by counsel, and as and for Debtor's Motion to Incur Debt, states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on February 1, 2019.

2. The Debtor has applied for and Magnolia Bank, Inc. has approved a loan to the Debtor in the amount of $336,885.00 plus interest at 5% per annum to be repaid with 360 equal monthly payments of approximately $2,391.00 for principal, interest, and escrow for the purchase of real estate and improvements located at 5105 Claypoint Rd., Chesterfield, VA 23832, more particularly known as

> ALL THAT CERTAIN OR PARCEL OF LAND WITH THE IMPROVEMENTS THEREON AND APPURTENANCES THERETO BELONGING, LYING, BEING AND SITUATE IN CLOVERHILL MAGISTERIAL DISTRICT, CHESTERFIELD COUNTY, VIRGINIA, DESIGNATED AS E/L CLAYPOINT RD., PARCEL 1, PARCEL ID: 742676214000000

(the "Property").

3. The closing costs from the sale will be paid by a gift from the Debtor's family.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

4. The purchase price of the Property is $343,100.00.

5. There will be no loan proceeds paid to the Debtor.

6. The purchase of the Property is in the best interest of the Debtor and will facilitate the Debtor's ability to perform under her Chapter 13 Plan filed herein.

7. The Debtor has been renting the Property since 2016 and the landlord recently obtained relief from the stay in this case.

8. The Debtor is purchasing the Property pursuant to an option to purchase contained in her lease agreement. Her current monthly rent payment is $2,380.00, and her estimated mortgage payment will be $2,391.00.

WHEREFORE, the Debtor requests that the Court enter an Order approving the aforesaid loan on the terms stated herein and for such other relief as the Court may deem appropriate.

        CICEL LYNN JOHNSON


By: /s/ James E. Kane
    Counsel


James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

/s/ James E. Kane
James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CICEL LYNN JOHNSON ) | Case No. 19-30531-KLP |
| ) | Chapter 13 |
| Debtor ) | |

**NOTICE OF MOTION**

The above Debtor has filed Motion to Incur Debt in the above matter.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, within twenty-one (21) days from the date of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

  Clerk of Court
  United States Bankruptcy Court
  701 East Broad Street
  Richmond, VA  23219

You must also mail a copy to:

  James E. Kane, Esquire
  Kane & Papa, P.C.
  1313 East Cary Street
  Richmond, Virginia 23219

- Attend a hearing to be scheduled at a later date. You will receive a separate notice of hearing. <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

4

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  February 25, 2021                                CICEL LYNN JOHNSON


                                                         By: /s/ James E. Kane
                                                                    Counsel


James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*


## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

                                                         /s/ James E. Kane
                                                             James E. Kane

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi    HP Virginia I, LLC
0422-3                                   4515 N Santa Fe Ave. Dept. APS                  180 N Stetson Ave.
Case 19-30531-KLP                        Oklahoma City, OK 73118-7901                    Suite 3650
Eastern District of Virginia                                                             Chicago, IL 60601-6709
Richmond
Thu Feb 25 15:24:48 EST 2021

NCEP, LLC, c/o AIS Portfolio Services, LP    United States Bankruptcy Court              Ashley Funding Services, LLC
4515 N Santa Fe Ave. Dept. APS               701 East Broad Street                       Resurgent Capital Services
Oklahoma City, OK 73118-7901                 Richmond, VA 23219-1888                     PO Box 10587
                                                                                         Greenville, SC 29603-0587


CHESTERFIELD COUNTY TREASURER            COMCAST                                         Capital One Auto Finance, a division of
ADMINISTRATION BUILDING                  PO BOX 70219                                    AIS Portfolio Services, LP
9901 LORI ROAD                           PHILADELPHIA, PA 19176-0219                     4515 N Santa Fe Ave. Dept. APS
CHESTERFIELD, VA 23832-6626                                                              Oklahoma City, OK 73118-7901


Capital One Bank (USA), N.A.             (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA      (p)GLOBAL LENDING SERVICES LLC
by American InfoSource as agent          PO BOX 26666                                    1200 BROOKFIELD BLVD STE 300
4515 N Santa Fe Ave                      RICHMOND VA 23261-6666                          GREENVILLE SC 29607-6583
Oklahoma City, OK 73118-7901


NCEP, LLC                                PATHLIGHT PROPERTY MANAGEMENT / HOME PARTNER    STEVEN KREIGER, ESQ.
AIS Portfolio Services, LP               6500 INTERNATIONAL PARKWAY                      550 MAIN STREET
4515 N Santa Fe Ave. Dept. APS           SUITE 1100                                      ALEXANDRIA, VA 22703
Oklahoma City, OK 73118-7901             PLANO, TX 75093-8363


TRAVELERS IINSURANCE                     TREASURER CHESTERFIELD COUNTY                   Cicel L. Johnson
PO BOX 59059                             PO BOX 70                                       P. O. Box 5616
KNOXVILLE, TN 37950-9059                 CHESTERFIELD, VA 23832-0906                     Midlothian, VA 23112-0028


James E. Kane                            John P. Fitzgerald, III                         Suzanne E. Wade
Kane & Papa, PC                          Office of the US Trustee - Region 4 -R          341 Dial 877-996-8484 Code 2385911
1313 East Cary Street                    701 E. Broad Street, Ste. 4304                  7202 Glen Forest Drive, Ste. 202
P.O. Box 508                             Richmond, VA 23219-1849                         Richmond, VA 23226-3770
Richmond, VA 23218-0508
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
DOMINION ENERGY                          Global Lending Services LLC
PO BOX 26543                             1200 Brookfield Blvd Ste 300
RICHMOND, VA 23290                       Greenville, South Carolina 29603
```

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Global Lending Services LLC

End of Label Matrix
Mailable recipients   20
Bypassed recipients    1
Total                 21