IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**IN RE:**

**CICEL L. JOHNSON**    **CHAPTER 13**
                        Case No.: 19-30531-KLP

                **Debtor**

                        Hearing:    March 24, 2021
                                    9:10 a.m.

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW** the undersigned, Wayne Barry Montgomery, Virginia State Bar number 43042, and notes his appearance as counsel for HP Virginia I, LLC ("Home Partners"), creditor in this action, to be heard on its Objection to the Confirmation of the debtor's amended chapter 13 plan (docket no. 98) filed in this case.

**HP VIRGINIA I, LLC**

**/s/  W. Barry Montgomery**
              Of Counsel

W. Barry Montgomery, Esquire    (VSB#  43042)
KALBAUGH, PFUND & MESSERSMITH
Counsel for HP Virginia I, LLC
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
Tel:    (804)  320-6300

1

Fax:   (804)  320-6312
E-mail:  barry.montgomery@kpmlaw.com

### Certificate of Service

I hereby certify that on the 23rd day of March, 2021, I did electronically file a copy of the foregoing with the Clerk of this Court who then sent a Notice of Electronic Filing ("NEF") to:

James E. Kane, Esq.        (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary St.
Richmond, VA 23219
(804) 225-9500 (phone)
(804) 225-9598  (fax)


**/s/   W. Barry Montgomery**
 W. Barry Montgomery, Esquire   (VSB#  43042)
KALBAUGH, PFUND & MESSERSMITH
HP Virginia I, LLC
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
Tel:   (804)  320-6300
Fax:   (804)  320-6312
E-mail:  barry.montgomery@kpmlaw.com